## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## The Honorable Joseph G. Rosania

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Gunsmoke, LLC | ) | Case No. 20-14962 JGR |
| | ) | |
|  EIN:  27-0247683 | ) | Chapter 11 |
|   Debtor | ) | |

---

### MOTION FOR RULE 2004 EXAMINATION OF DEBTOR

---

    Angry Beavers, LLC, Edward Klen and Stephen Klen, Creditors and Parties-in-Interest (hereinafter "Creditors"), through counsel, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, request this Honorable Court enter an Order authorizing the taking of a Rule 2004 examination of a Rule 30(b)(6) representative of Debtor. As grounds therefore, Creditors state:

    1.   Gunsmoke, LLC ("Debtor") commenced a Chapter 11 Subchapter V case by filing its Voluntary Petition on July 22,2020 (the "Petition Date") and continues as a Debtor-in-Possession.

    2.   Angry Beavers, LLC  has a secured claim against Debtor Happy Beavers, LLC in the amount of at least $300,000.00 pursuant to a Note executed by Debtor and secured by a Deed of Trust on certain real property owned by the Debtor and  commonly known as 697 N. Denver Ave., #128, Loveland, CO 80538 . The Deed of Trust also contains an assignment of rents which rents are cash collateral. See Notice Pursuant to 11 U.S.C. § 546 (b) (Doc. 40) and Objection to Debtor's Motion to Use Cash Collateral (Doc. 60).

    3.   Edward Klen and Stephen Klen(" the Klens") have claims against Gunsmoke, LLC (Debtor in Case No. 20-14962 JGR) and Armed Beavers, LLC (Debtor in Case No. 20-14963 JGR) pursuant to promissory notes executed by Gunsmoke, LLC and Armed Beavers, LLC . Gunsmoke, LLC and Armed Beavers, LLC owe the Klens at least $1,383,987.00.

    4.   Richard Weingarten, a 50% Member of the Debtor, and Chee Wei Fong, a 50% Member of the Debtor Happy Beavers, LLC and Debtor Armed Beavers, LLC , each have personally guaranteed the notes executed by Debtor, Gunsmoke, LLC, and Armed Beavers, LLC in favor of Angry Beavers, LLC and the Klens. Armed Beavers, LLC is the Managing Member of Gunsmoke, LLC, and acts through Richard Weingarten and Chee Wei Fong, Members.

5.    The §341 Meeting of Creditors was held on August 18,2020 and continued to September 16,2020. The schedules and Statement of Financial Affairs filed by each of the Debtor are woefully inaccurate and materially incomplete. The Debtors have indicated they intend to amend them.

6.    Creditors require the ability to examine each of the Debtors regarding any transfer by each of  the Debtors of any payments, salaries, bonuses, expense reimbursements, dividends, distributions, capital infusion and any returns to the Members, as well as to investigate the facts and circumstances surrounding each of  the Debtor's operation of its business and its value of scheduled real and personal property of each of the Debtors, including but not limited to the real property where Debtor operates its business at 697 N. Denver Ave., #128, Loveland, CO 80538; any attempts to sell the real property, fixtures, and other assets, including valuations, methods and opinions of value, how the listing price was arrived at, potential buyer responses, and ongoing viability of sales efforts; sales and valuation of inventory owned by Debtor Gunsmoke, LLC; and accounts receivable and memberships claimed by Debtor Armed Beavers, LLC  and to review  documents to be produced by each of the Debtors and the other two Debtors,  relating to the acts, conduct, property, liabilities, budgets, monthly financial reports and financial condition of each of the Debtor(s); to the operation of the Debtors' businesses and the desirability of their continuance; the source of any money or  property  acquired  or  to  be acquired by each of the Debtors for the purposes of consummating a plan and the   consideration given  or  offered  therefor, and to any other matter  which may affect the administration of the case or to the formulation of a plan; and to each of the Debtors' right to a discharge and the dischargeability of certain debts.

7.    In order for Creditors to conduct a meaningful 2004 examination, it is necessary that each  Debtor produce the documents on Exhibit A no later than September 29,2020 and to conduct the examination  by remote  means  through A/B Litigation Services  on October 6,2020 at 9:00 a.m., prevailing Mountain time .

8.    The undersigned will also attempt, as necessary, to coordinate  such  examination  and  production  of  documents  with Debtors' counsel.

9.   PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule 30(b)(6), as applied by Federal Rule of Bankruptcy Procedure 9014 (c) and 7030, Debtor is required to designate one or more officers, directors, managing agents, members or other persons who consent to testify on behalf of  each Debtor(s) with regard to the subject matters described in **Exhibit B** attached hereto. Creditors respectfully request that by 4:00 p.m. (prevailing Mountain Time) on October 2,2020, Debtor  provide the following information to the undersigned counsel via electronic mail to nmiller@nemirowperez.com and Ingrid.defranco@gmail.com :

- the name and title/position of each designated witness, and

- the specific subject matter(s) upon which each designated witness will testify.

WHEREFORE, Creditors pray this Honorable Court enter its Order authorizing their counsel, Nancy D. Miller and Ingrid DeFranco, to take a Rule 2004 examination of a Rule 30(b)(6) Representative(s) of each of the  Debtors on the subject matters so designated, and documents to be produced by Debtor  and require each of the Debtors to appear and be examined, under  each oath, at the offices of Debtors' attorney on **October 6,2020 at 9:00 a.m.**, **by remote means using the services of A/B Litigation Services,** or at such time as the parties otherwise agree, and to produce to the undersigned counsel documents on or before September 29,2020 in preparation of said examination, in accordance with Rule 2004(c) and Fed.R. Bank.Pro. 9016 and L.B.R.  2014-1.

DATED this 12ᵗʰ day of September 2020.

NEMIROW PEREZ, P.C.

BY: *s/Nancy D. Miller*
Nancy D. Miller
P.O. Box 1015
Boulder, Colorado 80306-1015
Phone: (303) 525-3196
Nmiller@nemirowperez.com
                 &
 Ingrid DeFranco, Esq.
 Law Office of Ingrid J. DeFranco
 P.O. Box 128
 Brighton, Colorado 80601-0128
 Ingrid.defranco@gmail.com


ATTORNEYS FOR ANGRY BEAVERS, LLC; EDWARD KLEN; and STEPEHEN KLEN

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of September 2020 I caused a true and correct copy of the foregoing **MOTION FOR RULE 2004 EAMINATION OF THE DEBTOR** to be served on the following via CM/ECF:

Gerald L. Jorgensen
Jorgensen, Brownell & Pepin
900 S. Main St., Ste. 100
Longmont, CO 80501-6467
gerald@jbplegal.com

John Smiley
600 17th St. Ste 2800S
Denver, CO 80202-5428
jcsmiley@smileytrustee.com

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St., Ste 12-200
Denver, CO 80294-6004
Alison.goldenberg@usdoj.gov

Michael C. Payne
5586 W. 19th St, Ste 2000
Greeley, CO 80634
mpayne@cp2law.com

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste 12-200
Denver, CO 80294-6004

Ingrid DeFranco, Esq.
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, Colorado 80601-0128
Ingrid.defranco@gmail.com

                                   *s/Nancy D. Miller*

4