**Fill in this information to identify the case:**

Debtor Name  Gunsmoke, LLC

United States Bankruptcy Court for the: District of Colorado

Case number: 1:20-BK-14962

☑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| Month: | July 2020 | Date report filed: | 01/18/2022 |
| | | | MM / DD / YYYY |
| Line of business: | Gunsmoke | NAISC code: | 451110 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Chee Wei Fong and Richard Weingarten

Original signature of responsible party

Printed name of responsible party    Chee Wei Fong and Richard Weingarten

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ❏ | ☑ | ❏ |
| 7. Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❏ | ❏ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                                        ☐   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                            $ _____

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.                                                              $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.                                                           − $ _____

22. **Net cash flow**                                                                                  + $ _____

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**                                                           = $ _____

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                   $ _____

    *(Exhibit E)*

Debtor Name _____      Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               _____

27. What is the number of employees as of the date of this monthly report?              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____

30. How much have you paid this month in other professional fees?                          $ _____

31. How much have you paid in total other professional fees since filing the case?        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                         $ _____

36. Total projected cash disbursements for the next month:                              − $ _____

37. Total projected net cash flow for the next month:                                      = $ _____

Debtor Name _____     Case number_____

███ **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Exhibit A**

# STATEMENT OF ACCOUNT

| Colorado Department of Revenue | **Account:** 04272273 - *GUNSMOKE LLC* | | Sep 22, 2020 |
|---|---|---|---|
| Denver Colorado 80261-0004 | **Letter:** L1255618400 | | **MINIMUM OWED UPON RECEIPT** |
| 303-238-7378 | | | |
| www.Colorado.gov/RevenueOnline | **Balance:** | $4,466.00 | **Minimum Owed:** $4,466.00 |

This Statement of Account displays your current standing with the Colorado Department of Revenue for taxes and other programs we administer. Please examine any enclosures carefully for important additional information about your accounts. In addition, we have the following important messages for you:

**PAY ONLINE:** For many taxes, payments can be made online. Visit www.Colorado.gov/RevenueOnline to make a payment by e-check or credit card.

**IF YOU HAVE ALREADY PAID:** Submit, to the address above, a legible front and back copy of the canceled check, a copy of your original return (if applicable), and a copy of this statement. If you paid electronically, submit your payment confirmation number or copy of your financial institution statement showing the payment with the tax return copy and this statement.

| Period | Tax | Penalty | Interest | Other | Credit | Balance |
|---|---|---|---|---|---|---|
| **Consumer Use Account (04272273-007-USC)** | | | | | | |
| Oct 31, 2019 | 3,595.00 | 696.00 | 175.00 | 0.00 | 0.00 | $4,466.00 |
| *Subtotal* | | | | | | $4,466.00 |

This is for the new trap in Oct 2019.  We were unaware that it was missed. Which we reported it as soon as we noticed.

---

Cut here and send only the coupon below. Help us save time and your tax dollars.

**DO NOT SEND CASH**
Use this coupon when mailing payment OR pay online at: www.Colorado.gov/RevenueOnline

DR 0040
Colorado Department of Revenue
Denver Colorado 80261-0004

# PAYMENT COUPON

**Balance:** $4,466.00

**Please follow these steps:**
☑·Write your account number on your check.
☑·Enclose this coupon with your check. Do NOT staple.
☑·Mail and make checks payable to:

**Colorado Department of Revenue**

Denver Colorado 80261-0004

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollectible funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**Payment Type:** Bill

**Account:** 04272273

**Letter:** L1255618400

GUNSMOKE LLC
697 DENVER AVE STE 128
LOVELAND CO  80537-5145

**AMOUNT ENCLOSED:**

**MINIMUM OWED:**

4,466.00

99997072 12319999 10 002015158244 11 00004272273 67

**Gunsmoke LLC**

# Cash Receipts - Exhibit C

### July 22 - 31, 2020

Cash Basis

| Type | Date | Num | Name | Memo | Paid Amount |
|------|------|-----|------|------|------------:|
| Deposit | 07/22/2020 | | | CC Sales | 1,867.89 |
| Deposit | 07/23/2020 | | | CC Sales 7/23/2020 | 1,110.47 |
| Deposit | 07/24/2020 | | | CC Sales 7/24/2020 | 1,694.52 |
| Deposit | 07/24/2020 | | | Deposit | 60.00 |
| Deposit | 07/25/2020 | | | CC Sales 7/25/2020 | 3,546.68 |
| Deposit | 07/26/2020 | | | CC Sales 7/26/2020 | 1,621.42 |
| Deposit | 07/27/2020 | | | Deposit | 60.00 |
| Deposit | 07/28/2020 | | Gunsmoke LLC | Opening deposit from Rich - Cash | 30.00 |
| Deposit | 07/28/2020 | | | CA & CK 07/14/2020 -07/26/2020 | 5,283.75 |
| Deposit | 07/28/2020 | | | CC Sales | 2,951.35 |
| Deposit | 07/29/2020 | | | CC Sales | 1,685.98 |
| Deposit | 07/29/2020 | | | Deposit | 30.00 |
| Deposit | 07/30/2020 | | | Deposit | 0.51 |
| Deposit | 07/30/2020 | | | CC Sales | 4,381.26 |
| General Jo | 07/30/2020 | R | TransFirst | Reverse of GJE  -- For CHK 109 voided on 07/30/2020 | 369.81 |
| Deposit | 07/31/2020 | | | Deposit | 0.02 |
| Deposit | 07/31/2020 | | | CC Sales 7/31/2020 | 2,161.83 |
| | | | | | **26,855.49** |

# Gunsmoke LLC
## Cash Disbursements Exhibit D
### July 22 - 31, 2020

| Type | Date | Num | Name | Memo | Purpose | Paid Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/22/2020 | ACH | Davidson's | | Purchases - Resale Items | -1,768.70 |
| Bill Pmt -Check | 07/22/2020 | ACH | Chattanooga Shooting Supplies | | Purchases - Resale Items | -2,050.32 |
| Check | 07/22/2020 | 12297 | Doug Hobson | Consignment sale - Rem 700 RR89135E | Purchases - Resale Items | -578.50 |
| Check | 07/22/2020 | 12298 | John Mierzwa | Consignment Sale S&W M&P Shield HDX3945 | Purchases - Resale Items | -327.25 |
| Check | 07/22/2020 | 12299 | David G Bassingwaite | Consignment Sale Ruger SR22 | Purchases - Resale Items | -242.25 |
| Check | 07/22/2020 | 12300 | Tony Boatman | Consignment Sale Savage 99 D874755 | Purchases - Resale Items | -403.75 |
| Check | 07/22/2020 | 12301 | John Mourino | Consignment Sale Chiappa RH08622 | Purchases - Resale Items | -467.50 |
| Check | 07/22/2020 | 12302 | Leigh Lee | Consignment Sale Glock 42 | Purchases - Resale Items | -340.00 |
| Check | 07/22/2020 | EFT | Great Western Bank | Stop payment fee | Bank & CC Fees | -25.00 |
| Check | 07/23/2020 | | Patriot Software | 7/21/2020 Payroll | Payroll Taxes | -2,180.79 |
| Check | 07/23/2020 | | Patriot Software | Payroll 7/21/2020 | Patriot Wages | -6,087.15 |
| Check | 07/23/2020 | | Centerfire Training LLC | Paid through Patriot | Firearms Instructor | -2,180.00 |
| Check | 07/24/2020 | EFT | Colorado State Treasurer | | Purchases - Resale Items | -3.63 |
| Check | 07/24/2020 | 12303 | Glock Sport Shooting Foundation | GSSF Match Dues | Due and Subscriptions | -35.00 |
| Bill Pmt -Check | 07/25/2020 | ACH | RSR | POS Voucher #2647. Posted on 8/11/2020 11:0 | Purchases - Resale Items | -308.78 |
| Check | 07/28/2020 | | Chase CC-7299 | Credit card payment | Chase CC | -10,038.30 |
| Check | 07/28/2020 | ACH | Comcast | July, 2020 | Telephone | -239.30 |
| Bill Pmt -Check | 07/29/2020 | | Gun Accessory Supply | QuickBooks generated zero amount transaction | Purchases - Resale Items | 0.00 |
| Check | 07/29/2020 | 12305 | Gunsmoke LLC | | Licenses | -9.47 |
| Check | 07/29/2020 | 12306 | Ginny Meiers | | Leagues and Classes | -55.00 |
| Check | 07/29/2020 | 12307 | Michael Farrell | | Purchases - Resale Items | -72.15 |
| Check | 07/29/2020 | 12308 | Sports South | Order 3200992 | Purchases - Resale Items | -636.33 |
| Cash Drawer | 07/29/2020 | | | Cash Receipts from prior period deposited | Cash Drawer | -1,598.90 |
| Check | 07/29/2020 | EFT | Gun Accessory Supply | | Purchases - Resale Items | -264.87 |
| | | | | | | **-29,912.94** |

# Gunsmoke LLC
## A/P Aging Summary - Exhibit E
### As of July 31, 2020

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Action Target** | 0.00 | 535.11 | 355.05 | 0.00 | 0.00 | 890.16 |
| **Ammo Inc** | 0.00 | 0.00 | -18,379.00 | -4,022.50 | 0.00 | -22,401.50 |
| **Ben Brown** | 0.00 | 637.50 | 0.00 | 0.00 | 0.00 | 637.50 |
| **Chattanooga Shooting Supplies** | 831.62 | 0.00 | 0.00 | 0.00 | 0.00 | 831.62 |
| **Chee Wei Fong** | 0.00 | 0.00 | 0.00 | 0.00 | 535.52 | 535.52 |
| **Consignment sales** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Davidson's** | 2,833.95 | 0.00 | 0.00 | 0.00 | 0.00 | 2,833.95 |
| **Doug Hobson** | 0.00 | 578.50 | 0.00 | 0.00 | 0.00 | 578.50 |
| **Freedom Munitions** | 0.00 | 3,489.00 | 0.00 | 0.00 | 0.00 | 3,489.00 |
| **FRGC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **GSM, LLC** | 0.00 | 0.00 | 0.00 | -351.88 | 0.00 | -351.88 |
| **Kroll International** | 0.00 | 1,326.50 | 0.00 | 0.00 | 0.00 | 1,326.50 |
| **Lipsey's** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Manfred Klatt** | 0.00 | 212.50 | 0.00 | 0.00 | 0.00 | 212.50 |
| **Palmetto** | 1,125.28 | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.28 |
| **Phoenix Weaponry** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Richard Weingarten** | 0.00 | 947.08 | 477.32 | 0.00 | 11,205.21 | 12,629.61 |
| **RSR** | 0.00 | -308.78 | 0.00 | 0.00 | -2,206.50 | -2,515.28 |
| **SGAmmo** | 674.88 | 0.00 | 0.00 | 0.00 | 0.00 | 674.88 |
| **Shooters Connection** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **South Georgia Outdoors** | 1,083.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1,083.22 |
| **Sports South** | 0.00 | -636.33 | 0.00 | 0.00 | 0.00 | -636.33 |
| **Store More Guns** | 0.00 | 0.00 | 95.60 | 0.00 | 0.00 | 95.60 |
| **Wilson Combat** | 0.00 | 0.00 | 0.00 | -3,190.00 | 0.00 | -3,190.00 |
| **Zero Bullet Co** | 0.00 | 912.50 | 0.00 | 0.00 | 0.00 | 912.50 |
| **TOTAL** | 6,548.95 | 7,693.58 | -17,451.03 | -7,564.38 | 9,534.23 | -1,238.65 |

Negative because of prepaying

# Gunsmoke LLC
## A/R Aging Summary - Exhibit F
### As of July 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Colorado Custom Cartridge - C | 0.00 | 532.00 | 0.00 | 0.00 | 0.00 | 532.00 |
| Farrell, Michael_1* | 0.00 | -864.27 | -1,493.80 | 0.00 | 0.00 | -2,358.07 |
| FRGC, FRGC | 0.00 | -29.25 | 0.00 | 0.00 | 29.25 | 0.00 |
| Kempf, Kevin ** | 0.00 | 0.00 | 0.00 | 0.00 | -3,670.00 | -3,670.00 |
| Loveland Police Department | 0.00 | 3,989.17 | 0.00 | 0.00 | 0.00 | 3,989.17 |
| Morales, Martha ** | 0.00 | 0.00 | 0.00 | 0.00 | -369.81 | -369.81 |
| Trujillo, Marcus ** | 0.00 | 0.00 | 0.00 | -71.06 | 0.00 | -71.06 |
| Wallace, Aaron ** | 0.00 | -1,400.00 | 0.00 | 0.00 | 0.00 | -1,400.00 |
| TOTAL | 0.00 | 2,227.65 | -1,493.80 | -71.06 | -4,010.56 | -3,347.77 |

*Paying Michael for puchases for resell which were included on the Aug report as paid out

**Online orders prepaid

# Great Western Bank®
Member FDIC

# Online Statement

Loveland Branch
3800 E 15th St
Loveland, CO 80538

(970)206-4585

Date  7/31/20
Primary Account
Enclosures

17635
Page    1
███7538
      43

Gunsmoke LLC
DBA Front Range Gun Club
3751 W 136th Ave Unit S2
Broomfield CO 80023

## CHECKING ACCOUNTS

Business Checking
Account Number                    ███7538
Previous Balance          54,948.14
   80 Deposits/Credits   111,655.52
   74 Checks/Debits      111,250.17
Service Charge                    .00
Interest Paid                     .00
Current Balance           55,353.49

Number of Enclosures              43
Statement Dates    7/01/20 thru  8/02/20
Days This Statement Period        33
Average Ledger            60,634.12
Average Collected         60,599.03

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/01 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 741.31 |
| 7/01 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 4,716.80 |
| 7/01 | Regular Deposit | 142.80 DP |
| 7/01 | Regular Deposit | 3,471.29 DP |
| 7/02 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 26.68 |
| 7/02 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 2,015.41 |
| 7/02 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 15,635.00 |
| 7/03 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 40.00 |
| 7/03 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 927.25 |
| 7/03 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,436.89 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 60.00 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 85.46 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 122.71 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 177.73 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 299.45 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,052.27 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,739.27 |
| 7/06 | HOLD RELEA TransFirst/PRI CCD N0997824971409 | 2,500.00 |
| 7/06 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,150.81 |
| 7/07 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/08 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 471.14 |
| 7/08 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 2,500.63 |
| 7/09 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 130.00 |
| 7/09 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 412.76 |
| 7/09 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,317.95 |
| 7/10 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,782.95 |
| 7/10 | SETTLE TSYS/TRANSFIRST CCD 39300983269282 | 7,019.07 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 152.51 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 165.87 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 862.60 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,376.57 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,512.30 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,554.55 |
| 7/13 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,849.96 |
| 7/14 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/14 | Regular Deposit | 2,394.15 DP |



# Online Statement

Loveland Branch                    (970)206-4585
3800 E 15th St                                              Date  7/31/20        Page   2
Loveland, CO 80538                                         Primary Account                7538
                                                           Enclosures                       43

Business Checking                    ▇▇538   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/14 | Regular Deposit | 3,570.76 DP |
| 7/15 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 103.25 |
| 7/15 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 2,200.77 |
| 7/16 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,408.89 |
| 7/17 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,300.64 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 135.74 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 159.50 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 177.34 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 186.08 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 220.64 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,828.61 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 2,886.97 |
| 7/20 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,962.42 |
| 7/21 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/21 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 268.78 |
| 7/21 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 293.56 |
| 7/22 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 8.04 |
| 7/22 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 528.93 |
| 7/22 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,327.87 |
| 7/23 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,867.89 |
| 7/24 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 58.24 |
| 7/24 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 60.00 |
| 7/24 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,052.23 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300983269282 | 23.02 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 98.03 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 133.89 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 231.27 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 550.34 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,144.18 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,389.50 |
| 7/27 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 3,315.41 |
| 7/29 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 30.00 |
| 7/29 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 417.76 |
| 7/29 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 2,533.59 |
| 7/30 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 40.00 |
| 7/30 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 1,645.98 |
| 7/31 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 67.83 |
| 7/31 | BKCD STLMT TSYS/TRANSFIRST CCD 39300982616046 | 4,313.43 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/01 | IPFSPMTMOK IPFS866-412-2561 CCD 877784 | 1,343.99- |
| 7/02 | Fees ePN CCD 0220446 | 10.00- |
| 7/02 | PREAUTH DR TransFirst/PRI CCD N0997824966511 | 187.00- |
| 7/02 | SALE PROFIT ACCOUNTIN CCD | 520.00- |
| 7/02 | PURCHASE RSR GROUP INC. CCD 407 677 6114 | 656.48- |
| 7/03 | CHASE CREDIT CRD WEB 4763190374 EPAY | 5,000.00- |
| 7/06 | LEASE PYMT FDGL PPD GUNSMOKE LLC | 29.85- |
| 7/06 | CHASE CREDIT CRD WEB 4764896628 EPAY | 10,266.31- |
| 7/07 | PAYROLLTAX Patriot Software CCD T2828967 | 2,327.71- |
| 7/07 | PAYROLL Patriot Software CCD P2826875 | 6,279.82- |
| 7/10 | DISCOUNT TSYS/TRANSFIRST CCD 39300983269282 | 128.21- |
| 7/10 | Payment Lipseys LLC CTX REF*CR*Invoice# AMJ874\ | 538.00- |
| 7/10 | EDI PAYMTS UNITED HEALTHCAR CTX ST*820*47241~BPR*C*1596.63*D*A CH*CTX*01*043000261*DA*9056254 *1411289245**01*091408734*DA*1 2077538*20200710~TRN*1*8713495 76435~DTM*097*20200708~N1*PE*U NITED HEALTHCARE INSURANCE COM PANY*FI*1411289245~N1*PR*FRONT RANGE GUN CLUB~ENT*47241~RMR* IV*871352595741**-1596.63~REF* CR*8713495241~SE*10*47241~GE*1 *200708123~IEA*1*200708121~ | 1,596.63- |
| 7/10 | DISCOUNT TSYS/TRANSFIRST CCD 39300982616046 | 1,880.93- |
| 7/13 | PAYROLL Patriot Software CCD P2858379 | 870.00- |

# Great Western Bank®
Member FDIC

# Online Statement

Loveland Branch
3800 E 15th St
Loveland, CO 80538

(970)206-4585

Date 7/31/20
Primary Account
Enclosures

17637
Page    3
███7538
43

Business Checking             ███7538   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/13 | CITY OF LOVELAND WEB CITY OF LOVELAN BILLPAY | 1,978.42- |
| 7/14 | Payment DAVIDSON SUPPLY CTX REF*CR*Invoice# ABP581\ | 1,134.00- |
| 7/14 | Payment DAVIDSON SUPPLY CTX REF*CR*Invoice# ABG684\ | 1,137.00- |
| 7/14 | AR PAYMENT CHATT SHTNG SPPL CCD 8053700004 | 1,292.66- |
| 7/15 | Web Xfer From/To: 12077538-D/ 13113609-D | 5,600.00- |
| 7/16 | SALE PROFIT ACCOUNTIN CCD | 650.00- |
| 7/17 | PURCHASE RSR GROUP INC. CCD 407 677 6114 | 501.10- |
| 7/20 | SALE DFT, INC CCD | 92.99- |
| 7/21 | PAYROLLTAX Patriot Software CCD T2915857 | 2,180.79- |
| 7/21 | PAYROLL Patriot Software CCD P2913530 | 6,087.15- |
| 7/22 | Stop Payment Fee | 25.00- |
| 7/24 | CHARGEBACK TSYS/TRANSFIRST CCD 39300982616046 | 725.00- |
| 7/24 | PAYROLL Patriot Software CCD P2926652 | 2,180.00- |
| 7/24 | CHASE CREDIT CRD WEB 4796104289 EPAY | 10,038.30- |
| 7/27 | Payment DAVIDSON SUPPLY CTX REF*CR*Invoice# ACI742\ | 325.71- |
| 7/27 | Payment DAVIDSON SUPPLY CTX REF*CR*Invoice# ACH975\ | 1,442.99- |
| 7/27 | AR PAYMENT CHATT SHTNG SPPL CCD 8053700004 | 2,050.32- |
| 7/29 | INFINITY SPORTS, WEB 5256957101 ACH Debit | 264.87- |
| 7/30 | COMCAST WEB 6287437 CABLE | 239.30- |
| 7/31 | AR-SS SPORTS SOUTH CCD 28651 | 636.33- |

## CHECKS CHECKS CHECKS

| Date | Serial No | Amount | Date | Serial No | Amount | Date | Serial No | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 7/02 | 10746 | 747.23 | 7/06 | 12276* | 552.66 | 7/13 | 12289 | 850.00 |
| 7/02 | 10747 | 2,610.59 | 7/29 | 12277 | 75.00 | 7/14 | 12290 | 595.00 |
| 7/02 | 10748 | 6,670.07 | 7/07 | 12278 | 340.00 | 7/14 | 12291 | 382.50 |
| 7/02 | 10749 | 1,058.84 | 7/07 | 12279 | 743.75 | 7/16 | 12292 | 356.00 |
| 7/02 | 10750 | 2,000.00 | 7/20 | 12280 | 1,424.00 | 7/15 | 12293 | 274.21 |
| 7/16 | 10752* | 80.00 | 7/07 | 12281 | 573.75 | 7/20 | 12294 | 234.00 |
| 7/20 | 10753 | 210.00 | 7/13 | 12282 | 1,689.52 | 7/22 | 12295 | 3.63 |
| 7/20 | 10754 | 111.00 | 7/14 | 12283 | 107.26 | 7/30 | 12297* | 578.50 |
| 7/08 | 12146* | 349.50 | 7/15 | 12284 | 1,912.84 | 7/30 | 12298 | 327.25 |
| 7/20 | 12244* | 818.00 | 7/15 | 12285 | 2,273.89 | 7/27 | 12300* | 403.75 |
| 7/06 | 12268* | 600.75 | 7/08 | 12286 | 159.08 | 7/24 | 12301 | 467.50 |
| 7/03 | 12271* | 275.90 | 7/17 | 12287 | 101.00 | 7/29 | 12304* | 10,000.00 |
| 7/01 | 12274* | 142.80 | 7/16 | 12288 | 924.00 | 7/30 | 12305 | 9.47 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 62,533.55 | 7/13 | 65,570.34 | 7/23 | 67,953.08 |
| 7/02 | 65,750.43 | 7/14 | 66,916.83 | 7/24 | 55,712.75 |
| 7/03 | 64,878.67 | 7/15 | 59,159.91 | 7/27 | 58,435.62 |
| 7/06 | 62,676.80 | 7/16 | 60,558.80 | 7/29 | 51,077.10 |
| 7/07 | 52,441.77 | 7/17 | 63,257.27 | 7/30 | 51,608.56 |
| 7/08 | 54,904.96 | 7/20 | 69,924.58 | 7/31 | 55,353.49 |
| 7/09 | 56,765.67 | 7/21 | 62,248.98 |  |  |
| 7/10 | 63,423.92 | 7/22 | 66,085.19 |  |  |

GUNSMOKE LLC
697 N DENVER AVE SUITE 128
LOVELAND, CO 80537
CURRENCY ▶ 2971.29
COIN ▶
CHECKS ▶ 1000.00
DATE 6/30/2020
DEPOSIT TICKET
$ 3471.29
78-6739/914

Great Western Bank

⑆091408734⑆ 1⑆ ⑈7538⑈ 09

DEPOSIT TICKET
Gunsmoke LLC
697 N Denver Ave Ste 128
Loveland, CO 80537
(970) 613-7185
CASH 142.80
6/26/2020
Great Western Bank
$142.80

⑆091408734⑆ 1⑆ ⑈7538⑈ 09

**Regular Deposit** Date: 07/01 Amount: $3,471.29

**Regular Deposit** Date: 07/01 Amount: $142.80

GUNSMOKE LLC
697 N DENVER AVE SUITE 128
LOVELAND, CO 80537
CURRENCY ▶ 3570.76
COIN ▶
CHECKS ▶
DATE 7/7/2020
$ 3570.76
78-6739/914

Great Western Bank

⑆091408734⑆ 1⑆ ⑈7538⑈ 09

GUNSMOKE LLC
697 N DENVER AVE SUITE 128
LOVELAND, CO 80537
CURRENCY ▶ 2379.15
COIN ▶
CHECKS ▶ -15.00
DATE 7/7/2020
$ 2394.15
78-6739/914

Great Western Bank

⑆091408734⑆ 1⑆ ⑈7538⑈ 09

**Regular Deposit** Date: 07/14 Amount: $3,570.76

**Regular Deposit** Date: 07/14 Amount: $2,394.15

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10746
6/26/2020
PAY TO THE ORDER OF: Richard Weingarten $ **747.23
Seven Hundred Forty-Seven and 23/100********************************** DOLLARS
MEMO
⑆010746⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10747
6/30/2020
PAY TO THE ORDER OF: Richard Weingarten $ **2,510.59
Two Thousand Six Hundred Ten and 59/100********************************** DOLLARS
MEMO Freedom Munitions
⑆010747⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

**Check** 10746 Date: 07/02 Amount: $747.23

**Check** 10747 Date: 07/02 Amount: $2,610.59

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10748
6/30/2020
PAY TO THE ORDER OF: Richard Weingarten $ **6,670.67
Six Thousand Six Hundred Seventy and 07/100********************************** DOLLARS
MEMO
⑆010748⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10749
6/30/2020
PAY TO THE ORDER OF: Richard Weingarten $ **1,058.84
One Thousand Fifty-Eight and 84/100********************************** DOLLARS
MEMO
⑆010749⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

**Check** 10748 Date: 07/02 Amount: $6,670.07

**Check** 10749 Date: 07/02 Amount: $1,058.84

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10750
7/1/2020
PAY TO THE ORDER OF: Gunsmoke LLC $ **2,000.00
Two Thousand and 00/100********************************** DOLLARS
Gunsmoke LLC
MEMO
⑆010750⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10752
7-14-2020
PAY TO THE ORDER OF: All About Locksmithing $ $90.00
Eighty Dollars Exactly DOLLARS
MEMO
⑆010752⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

**Check** 10750 Date: 07/02 Amount: $2,000.00

**Check** 10752 Date: 07/16 Amount: $80.00

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10753
7-15-2020
PAY TO THE ORDER OF: Colorado Custom Cartridge $ 210.00
Two Hundred Ten Dollars Exactly DOLLARS
MEMO
⑆010753⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

Front Range Gun Club
697 N Denver Ave Ste 128
Loveland, CO 80537
Great Western Bank
78-6739/14
10754
7-15-2020
PAY TO THE ORDER OF: Colorado Custom Cartridge $ 111.00
One Hundred Eleven and 100 DOLLARS
MEMO
⑆010754⑈ ⑆091408734⑆ 1⑆ ⑈7538⑈

**Check** 10753 Date: 07/20 Amount: $210.00

**Check** 10754 Date: 07/20 Amount: $111.00

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12146
7-6-2020

PAY TO THE ORDER OF  Warneke Paper Box   $ 349.50
Three Hundred Forty Nine and 50/00  DOLLARS

MEMO  order B6758
⑆012146⑆ ⑈091408734⑈ 1 753B⑆

Check    12146   Date: 07/08   Amount: $349.50

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12244
3/30/2020

PAY TO THE ORDER OF  Glen Ketterer   $ *818.00
Eight Hundred Eighteen and 00/100  DOLLARS

MEMO  Consignment Sale
⑆012244⑆ ⑈091408734⑈ 1 753B⑆

Check    12244   Date: 07/22   Amount: $818.00

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12268
6/26/2020

PAY TO THE ORDER OF  Doug Hobson   $ *600.75
Six Hundred and 75/100  DOLLARS

MEMO  Consignment Sale
⑆012268⑆ ⑈091408734⑈ 1 753B⑆

Check    12268   Date: 07/06   Amount: $600.75

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12271
6/26/2020

PAY TO THE ORDER OF  Dennis Pilshum   $ *275.90
Two Hundred Seventy-Five and 90/100  DOLLARS

MEMO  Consignment Sale
⑆012271⑆ ⑈091408734⑈ 1 753B⑆

Check    12271   Date: 07/03   Amount: $275.90

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12274
6/26/2020

PAY TO THE ORDER OF  Andrew Wexham   $ **552.00
One Hundred Forty-Two and 80/100  DOLLARS
Andrew Wexham

MEMO  Insurance payment from FedEx for package mm
⑆012274⑆ ⑈091408734⑈ 1 753B⑆

Check    12274   Date: 07/01   Amount: $142.80

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12276
7/2/2020

PAY TO THE ORDER OF  Richard Weingarten   $ **552.00
Five Hundred Fifty-Two and 66/100  DOLLARS

MEMO
⑆012276⑆ ⑈091408734⑈ 1 753B⑆

Check    12276   Date: 07/06   Amount: $552.66

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12277
7/2/2020

PAY TO THE ORDER OF  Jozslyn Selby   $ *76.00
Seventy-Five and 00/100  DOLLARS
Jozslyn Selby

MEMO  Consignment Sale
⑆012277⑆ ⑈091408734⑈ 1 753B⑆

Check    12277   Date: 07/29   Amount: $75.00

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12278
7/2/2020

PAY TO THE ORDER OF  Jerry Tamlin   $ *340.00
Three Hundred Forty and 00/100  DOLLARS

MEMO  Consignment Sale S&W EZ 380 RDH14252
⑆012278⑆ ⑈091408734⑈ 1 753B⑆

Check    12278   Date: 07/07   Amount: $340.00

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12270
7/2/2020

PAY TO THE ORDER OF  Mathias Langley   $ *743.75
Seven Hundred Forty-Three and 75/100  DOLLARS

MEMO  Consignment Sale CMP Service Grade M1 Garn
⑆012270⑆ ⑈091408734⑈ 1 753B⑆

Check    12270   Date: 07/29   Amount: $743.75

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12280
7/2/2019

PAY TO THE ORDER OF  Paul Hauser   $ *1,424.00
One Thousand Four Hundred Twenty-Four and 00/100  DOLLARS

MEMO  Consignment Sale PWS 308 300872
⑆012280⑆ ⑈091408734⑈ 1 753B⑆

Check    12280   Date: 07/20   Amount: $1,424.00

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12281
7/2/2020

PAY TO THE ORDER OF  Michael Murray   $ *573.75
Five Hundred Seventy-Three and 75/100  DOLLARS

MEMO  Consignment Sale Mossberg Shockwave 590 V
⑆012281⑆ ⑈091408734⑈ 1 753B⑆

Check    12281   Date: 07/07   Amount: $573.75

---

Gunsmoke LLC
dba Front Range Gun Club
697 N Denver Ave Ste 126B
Loveland, CO 80537
Great Western Bank
12282
7/2/2020

PAY TO THE ORDER OF  Super-Tech Filter   $ **1,689.52
One Thousand Six Hundred Eighty-Nine and 52/100  DOLLARS
Super-Tech Filter
1495 S Platte River Dr
Denver CO 80223

MEMO  Invoice 331390 - Monthly delivery
⑆012282⑆ ⑈091408734⑈ 1 753B⑆

Check    12282   Date: 07/13   Amount: $1,689.52

Check 12283 Date: 07/14 Amount: $107.26

Check 12284 Date: 07/15 Amount: $1,912.84

Check 12285 Date: 07/15 Amount: $2,273.89

Check 12286 Date: 07/08 Amount: $159.08

Check 12287 Date: 07/17 Amount: $101.00

Check 12288 Date: 07/16 Amount: $924.00

Check 12289 Date: 07/13 Amount: $850.00

Check 12290 Date: 07/14 Amount: $595.00

Check 12291 Date: 07/14 Amount: $362.50

Check 12292 Date: 07/16 Amount: $356.00

Check 12293 Date: 07/15 Amount: $274.21

Check 12294 Date: 07/20 Amount: $234.00

Check    12295   Date: 07/22   Amount: $3.63



Check    12298   Date: 07/30   Amount: $327.25



Check    12301   Date: 07/24   Amount: $467.50



Check    12305   Date: 07/30   Amount: $9.47



Check    12297   Date: 07/30   Amount: $578.50



Check    12300   Date: 07/27   Amount: $403.75



Check    12304   Date: 07/29   Amount: $10,000.00

**IMPORTANT**

Please examine this statement immediately and report any differences to us within 30 days. A reporting period of up to 60 days and other special provisions apply if the difference involves a credit line transaction or an electronic funds transfer. Such provisions are explained below.

---

**BALANCING YOUR CHECKING ACCOUNT**

Before you start, please be sure you enter in your checkbook any interest earned, automatic transactions or bank charges including those shown on this statement.

A. Enter deposits not shown on this statement.

Date of Deposit | Amount
--- | ---
 | 
 | 
 | 
 | 
 | 
 | 
 | 

**Total A**

B. Enter all checks, withdrawals and bank charges not shown on this statement.

Outstanding Check Number | Amount
--- | ---
 | 
 | 
 | 
 | 
 | 
 | 
 | 
 | 
 | 
 | 

**Total B**

Follow instructions below to compare transactions recorded on your statement with those in your checkbook.

**BALANCE THIS STATEMENT** shown on other side

**PLUS** Total A

**EQUALS**

**MINUS** Total B

**EQUALS** your current checkbook balance

---

**BILL RIGHTS SUMMARY**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the errors or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES. If you have a problem with the quality of goods or services that you

purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (For consumer accounts only)**

Telephone us at the number included on the front of your bank statement, or write us at the address shown on the front of your bank statement, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on a statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more that 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

**HOW FINANCE CHARGES ARE COMPUTED**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account (including current transactions). To get the "daily balance," we take the beginning balance of your account each day, add any new advances/loans, and subtract any payments or credits and unpaid finance charges. This gives us the daily balance.

# Platinum Business Checking

July 31, 2020  ■  Page 1 of 4



GUNSMOKE LLC
DBA FRONT RANGE GUN CLUB
DEBTOR IN POSSESSION
CH11 CASE #20-14962 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/27 | $0.00 |
| Deposits/Credits | 51,314.28 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/31** | **$51,314.28** |
| Average ledger balance this period | $26,657.20 |

Account number:  ████5947

**GUNSMOKE LLC**
**DBA FRONT RANGE GUN CLUB**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-14962 (CO)**
*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

July 31, 2020  ■  Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $17,447.20 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/27 | | Deposit | 30.00 | | 30.00 |
| 7/28 | | Deposit | 15,283.75 | | 15,313.75 |
| 7/30 | | Edeposit IN Branch/Store 07/30/20 02:08:28 Pm 1412 Hahns Peak Dr Loveland CO | 36,000.51 | | 51,314.26 |
| 7/31 | | Interest Payment | 0.02 | | 51,314.28 |
| **Ending balance on 7/31** | | | | | **51,314.28** |
| **Totals** | | | **$51,314.28** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/27/2020 - 07/31/2020 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $26,657.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,200 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 500 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

July 31, 2020  ■  Page 3 of 4



# ☑ IMPORTANT ACCOUNT INFORMATION



Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

July 31, 2020 ■ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



# Account Detail

**Business Free Checki x9860**

**Current Information as of 08/11/2020**

| | |
|---|---|
| Current Balance | $0.00 |
| Available Balance | $0.00 |

**Showing 1 to 13\***

† **Up to 300 transactions display in a set.**

| Current Activity as of 08/11/2020 | | | | |
|---|---|---|---|---|
| Date | Transaction Description | Debit (-) | Credit (+) | Ledger Balance |
| 08/11/2020 | CLOSE ACCOUNT | $1,000.00 | | $0.00 |
| 08/07/2020 | TREASURER STATE  INVOICE | $128.70 | | $1,000.00 |
| 08/04/2020 | BUSINESS MOBILE DEPOSIT | | $128.70 | $1,128.70 |
| 07/31/2020 | TREASURER STATE  INVOICE | $9.47 | | $1,000.00 |
| 07/29/2020 | BUSINESS MOBILE DEPOSIT | | $9.47 | $1,009.47 |
| 07/24/2020 | TREASURER STATE  INVOICE | $3.63 | | $1,000.00 |
| 07/21/2020 | BUSINESS MOBILE DEPOSIT | | $3.63 | $1,003.63 |
| 07/17/2020 | TREASURER STATE  INVOICE | $274.21 | | $1,000.00 |
| 07/14/2020 | BUSINESS MOBILE DEPOSIT | | $274.21 | $1,274.21 |
| 07/10/2020 | TREASURER STATE  INVOICE | $159.08 | | $1,000.00 |
| 07/07/2020 | BUSINESS MOBILE DEPOSIT | | $159.08 | $1,159.08 |
| 07/07/2020 | ONLINE TRANSFER TO ACCT ENDING 4489 | $1,000.00 | | $1,000.00 |
| 07/01/2020 | BUSINESS MOBILE DEPOSIT | | $2,000.00 | $2,000.00 |

† The Ledger Balance and Current Balance may not include some items pending for processing.

MEMBER
FDIC



# Account Detail

**Business Savings x4489**

**Current Information as of 08/11/2020**

| | |
|---|---|
| Current Balance | $0.00 |
| Available Balance | $0.00 |

**Showing 1 to 4***

† **Up to 300 transactions display in a set.**

| Current Activity as of 08/11/2020 | | | | |
|---|---|---|---|---|
| Date | Transaction Description | Debit (-) | Credit (+) | Ledger Balance |
| 07/30/2020 | CLOSE ACCOUNT | $36,000.51 | | $0.00 |
| 07/30/2020 | INTEREST PAYMENT | | $0.51 | $36,000.51 |
| 07/17/2020 | CUSTOMER DEPOSIT | | $35,000.00 | $36,000.00 |
| 07/07/2020 | ONLINE TRANSFER FROM ACCT ENDING 9860 | | $1,000.00 | $1,000.00 |

† The Ledger Balance and Current Balance may not include some items pending for processing.

MEMBER FDIC

11:01 AM

10/30/20

Cash Basis

# Gunsmoke LLC
## Profit & Loss
### January through July 2020

|  | Jan - Jul 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income from goods taxable** | |
| Merchandise Sales | 154,906.22 |
| POS-Taxable | 294,550.44 |
| Income from goods taxable - Other | 4,303.33 |
| **Total Income from goods taxable** | 453,759.99 |
| **Income from services non-taxabl** | |
| **POS-Non taxable** | |
| Leagues and Classes | 685.00 |
| POS-Non taxable - Other | 64,075.26 |
| **Total POS-Non taxable** | 64,760.26 |
| **Service Sales** | |
| Explorer-Pass | 51,349.00 |
| Member Guest Pass | 4,636.80 |
| Membership Dues | 135,543.01 |
| PIF Memberships | 53,810.00 |
| **Total Service Sales** | 245,338.81 |
| Shipping and Delivery Income | 1,874.36 |
| Income from services non-taxabl - Other | 542.32 |
| **Total Income from services non-taxabl** | 312,515.75 |
| **Total Income** | 766,275.74 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 156,271.53 |
| POS Cost of Goods Sold | 152,142.82 |
| Purchases - Resale Items | 67,863.60 |
| Subcontracted Services | 0.00 |
| **Total COGS** | 376,277.95 |
| **Gross Profit** | 389,997.79 |
| **Expense** | |
| **Advertising and Promotions** | |
| Trade Shows and Conferences | 1,694.83 |
| Advertising and Promotions - Other | 323.02 |
| **Total Advertising and Promotions** | 2,017.85 |
| Bank & CC Fees | 16,132.15 |
| Bookkeeping | 4,940.00 |
| Donations | 615.00 |
| Due and Subscriptions | 1,151.66 |
| Employee Meeting Expense | 154.39 |
| Equipment Expense | 208.95 |
| **Freight and Shipping Costs** | |
| Stamps.com | 285.98 |
| Freight and Shipping Costs - Other | 1,422.87 |
| **Total Freight and Shipping Costs** | 1,708.85 |
| **Instructor Expense** | |
| CHP Class | 660.00 |
| Firearms Instructor | 5,727.50 |
| League Instructor | 1,457.00 |
| **Total Instructor Expense** | 7,844.50 |

11:01 AM

10/30/20

Cash Basis

# Gunsmoke LLC
## Profit & Loss
### January through July 2020

|  | Jan - Jul 20 |
|---|---:|
| **Insurance** | |
|    Health Insurance | 7,000.83 |
|    Liability Insurance | 7,051.82 |
|    Workman's Comp | 2,313.00 |
| **Total Insurance** | 16,365.65 |
| | |
| **Interest Exp** | 2,006.20 |
| **Interest on Goodwill Loan** | 29,927.03 |
| **Interest on Inventory Loan** | 29,682.93 |
| **Interest on Non-Compete Loan** | 28,147.73 |
| **Late Fee on Goodwill Loan** | 1,053.50 |
| **Late Fee on Inventory Loan** | 1,049.51 |
| **Late Fee on Non-Compete Loan** | 1,007.51 |
| **Lease to Happy Beavers** | 112,500.00 |
| | |
| **Licenses** | 543.87 |
| | |
| **Office Supplies** | 2,907.01 |
| **Payroll Expenses** | |
|    Intuit Payroll | 118.00 |
|    Patriot Taxes | 9,667.79 |
|    Patriot Wages | 108,305.65 |
| **Total Payroll Expenses** | 118,091.44 |
| | |
| **POS Inventory Adjustments** | -35,564.41 |
| **Professional Fees** | |
|    Background Checks | 1,963.39 |
| | |
|    CBI Checks | 410.00 |
|    IT | 2,323.42 |
| | |
|    Legal | 45,680.94 |
|    Tax Preparation Expenses | 3,300.00 |
| **Total Professional Fees** | 53,677.75 |
| | |
| **Property Taxes** | 979.32 |
| | |
| **Range Supplies** | 3,617.98 |
| **Repairs or Maintenance** | |
|    Consumables | 144.00 |
|    Equipment and Tools | 1,627.97 |
|    Facility Repairs | 1,592.51 |
|    Filters | 21,215.42 |
|    Hazmat Management | 3,500.00 |
|    HVAC General | 826.66 |
|    Range Repair | 3,727.46 |
|    Security | 348.33 |
|    Repairs or Maintenance - Other | 1,724.64 |
| **Total Repairs or Maintenance** | 34,706.99 |
| | |
| **Telephone** | 1,732.44 |
| **Utilities** | |
|    Gas | 2,855.33 |
|    Power | 11,687.30 |
| **Total Utilities** | 14,542.63 |
| | |
| **Total Expense** | 451,748.43 |
| | |
| **Net Ordinary Income** | -61,750.64 |

11:01 AM

10/30/20

Cash Basis

## Gunsmoke LLC
## Profit & Loss
### January through July 2020

|  | Jan - Jul 20 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| **Cash over/short** | 186.96 |
| **Interest Income** | 0.53 |
| **Recycle Brass** | 11,852.35 |
| **sales Tax Adjustments** | -3,088.37 |
| **Total Other Income** | 8,951.47 |
| **Other Expense** | |
| **Balancing Adjustments** | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 8,951.47 |
| **Net Income** | **-52,799.17** |

11:01 AM

10/30/20

Cash Basis

# Gunsmoke LLC
# Profit & Loss
### July 22 - 31, 2020

|  | Jul 22 - 31, 20 |
| --- | --- |
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Income from goods taxable** |  |
| Merchandise Sales | 7,945.50 |
| POS-Taxable | 11,460.32 |
| Income from goods taxable - Other | 34.40 |
| **Total Income from goods taxable** | 19,440.22 |
| **Income from services non-taxabl** |  |
| **POS-Non taxable** |  |
| Leagues and Classes | -55.00 |
| POS-Non taxable - Other | -1,328.68 |
| **Total POS-Non taxable** | -1,383.68 |
| **Service Sales** |  |
| Explorer-Pass | 2,915.00 |
| Member Guest Pass | 370.00 |
| Membership Dues | 1,395.44 |
| **Total Service Sales** | 4,680.44 |
| Shipping and Delivery Income | 215.00 |
| Income from services non-taxabl - Other | 30.00 |
| **Total Income from services non-taxabl** | 3,541.76 |
| **Total Income** | 22,981.98 |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold | 4,394.87 |
| POS Cost of Goods Sold | 5,163.86 |
| Purchases - Resale Items | 2,389.76 |
| **Total COGS** | 11,948.49 |
| **Gross Profit** | 11,033.49 |
| **Expense** |  |
| Bank & CC Fees | -344.81 |
| Due and Subscriptions | 35.00 |
| Freight and Shipping Costs | 181.21 |
| **Instructor Expense** |  |
| Firearms Instructor | 2,180.00 |
| **Total Instructor Expense** | 2,180.00 |
| Interest on Goodwill Loan | 4,391.80 |
| Interest on Inventory Loan | 4,355.99 |
| Interest on Non-Compete Loan | 4,182.98 |
| Late Fee on Goodwill Loan | 150.50 |
| Late Fee on Inventory Loan | 149.93 |
| Late Fee on Non-Compete Loan | 143.93 |
| Licenses | 9.47 |
| Office Supplies | 146.29 |
| **Payroll Expenses** |  |
| Patriot Taxes | 632.04 |
| Patriot Wages | 7,635.90 |
| **Total Payroll Expenses** | 8,267.94 |
| POS Inventory Adjustments | -1,659.79 |
| **Professional Fees** |  |
| Background Checks | -136.50 |

11:01 AM

10/30/20

**Cash Basis**

# Gunsmoke LLC
## Profit & Loss
### July 22 - 31, 2020

|  | Jul 22 - 31, 20 |
|---|---|
| **CBI Checks** | 205.00 |
| **Legal** | -10,000.00 |
| **Total Professional Fees** | -9,931.50 |
| **Range Supplies** | 10.67 |
| **Repairs or Maintenance** | |
| **Consumables** | 144.00 |
| **Total Repairs or Maintenance** | 144.00 |
| **Telephone** | 239.30 |
| **Total Expense** | 12,652.91 |
| **Net Ordinary Income** | -1,619.42 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Cash over/short** | 12.71 |
| **Interest Income** | 0.53 |
| **Total Other Income** | 13.24 |
| **Other Expense** | |
| **Balancing Adjustments** | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 13.24 |
| **Net Income** | **-1,606.18** |

10:59 AM

10/30/20

Cash Basis

# Gunsmoke LLC
# Balance Sheet
### As of July 31, 2020

|  | Jul 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in Drawer** | 1,993.22 |
| **fnbo checking** | 1,000.00 |
| **Great Western - Gunsmoke** | 53,899.24 |
| **Wells Fargo - Armed Beavers** | 5,571.30 |
| **Wells Fargo - Gunsmoke** | 51,314.28 |
| **Total Checking/Savings** | 113,778.04 |
| **Accounts Receivable** | |
| **Accounts Receivable** | -5,510.87 |
| **Total Accounts Receivable** | -5,510.87 |
| **Other Current Assets** | |
| **Inventory Asset** | |
| **POS Inventory Asset** | 42,628.02 |
| **Inventory Asset - Other** | 35,232.54 |
| **Total Inventory Asset** | 77,860.56 |
| **Patriot Funding** | 8,000.00 |
| **Undeposited Funds** | 513.44 |
| **Total Other Current Assets** | 86,374.00 |
| **Total Current Assets** | 194,641.17 |
| **Fixed Assets** | |
| **Accumulated Amortization** | -153,864.00 |
| **Accumulated Depreciation** | -21,058.00 |
| **Equipment** | 37,615.00 |
| **Goodwill** | 410,485.00 |
| **Non-Compete Agreement** | 455,000.00 |
| **Total Fixed Assets** | 728,178.00 |
| **TOTAL ASSETS** | **922,819.17** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | -5,101.88 |
| **Total Accounts Payable** | -5,101.88 |
| **Credit Cards** | |
| **Chase CC** | 384.29 |
| **Total Credit Cards** | 384.29 |
| **Other Current Liabilities** | |
| **Gift Certificates Outstanding** | 4,648.64 |
| **Sales Tax Payable** | 3,670.92 |
| **Total Other Current Liabilities** | 8,319.56 |
| **Total Current Liabilities** | 3,601.97 |

10:59 AM

10/30/20

Cash Basis

# Gunsmoke LLC
## Balance Sheet
### As of July 31, 2020

|  | Jul 31, 20 |
|---|---|
| **Long Term Liabilities** | |
| **Chee Wei Fong Payable** | 73,636.98 |
| **Goodwill & Equipment Loan** | 506,461.95 |
| **Inventory Loan** | 502,333.23 |
| **Non-Compete Loan** | 482,382.13 |
| **Richard Weingarten Payable** | 94,166.64 |
| **Total Long Term Liabilities** | 1,658,980.93 |
| **Total Liabilities** | 1,662,582.90 |
| **Equity** | |
| **Additional Paid in Capital** | 6,452.00 |
| **Capital Stock** | 1,000.00 |
| **Chee Wei Fong** | -119,793.45 |
| **Intercompany Transfer** | -182,854.28 |
| **Retained Earnings** | -271,975.39 |
| **Richard Weingarten** | -119,793.44 |
| **Net Income** | -52,799.17 |
| **Total Equity** | -739,763.73 |
| **TOTAL LIABILITIES & EQUITY** | **922,819.17** |