## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GUNSMOKE, LLC<br>EIN: 27-0247683 | ) Case No. 20-14962 JGR<br>)<br>) Chapter 11 |
| Debtor. | )<br>) |
| | ) |
| HAPPY BEAVERS, LLC<br>EIN: 81-4752301 | ) Case No. 20-14853 JGR<br>)<br>) Chapter 11 |
| Debtor. | )<br>) |
| | ) |
| ARMED BEAVERS, LLC<br>EIN: 81-4763324 | ) Case No. 20-14963 JGR<br>)<br>) Chapter 11 |
| Debtor. | ) |

## CORRECTED ORDER GRANTING UNITED STATES TRUSTEE'S
## MOTION TO EXTEND DEADLINE

The matter before the Court is the United States Trustee's Unopposed Motion to Extend Deadlines. The Court has reviewed the Motion, and any responses thereto, and finds that it is appropriate to extend the deadline as requested.

IT IS THEREFORE ORDERED that the deadline for the United States Trustee and the Subchapter V Trustee to file an Objection to the Debtors' Motion for entry of orders approving the sale of assets and the proposed sale procedure (Motion at Docket #263) will be extended to February 14, 2022.

Dated this 2nd day of February, 2022

BY THE COURT:

_____
Joseph G. Rosania, Jr., Judge
Unites States Bankruptcy Court